ACCEPTED
14-14-00947-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/19/2015 11:00:09 PM
CHRISTOPHER PRIN
CLERK

**TO: THE HONORABLE FOURTEENTH COURT OF APPEALS HARRIS COUNTY, TEXAS**

**FROM: MARIANN BACHARACH PO. BOX 8217, HOUSTON TEXAS 77288**
**BACHARACHMARIANN@GMAIL.COM**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 11:00:09 PM
CHRISTOPHER A. PRINE
Clerk

**LETTER REGARDING CAUSE 14-14-000947-CV**

Dear Honorable Court,

The Appellant Mariann Bacharach filed a request for an extension to pay fees. Mariann Bacharach is requesting this case be consolidated by the Supreme Court of Texas Multi District Litigation Panel and was recently granted two extensions in the 14th Court of Appeals Harris County Texas and will be submitting her motion for consolidation within the next few days. She has not yet been paid and cannot possibly pay the $275.00 fee until it arrives in the mail which should be by 03/20/2015 at the latest. Mariann Bacharach apologizes for this delay. Mariann Bacharach has also needed additional documents regarding the future residency of Appellee Eufemia Garcia in the Hidalgo County action against her.

Mariann Bacharach also needed additional time to receive documents regarding untruthful representations made by the Appellee, his counsel and Attorney Rogelio Garcia in their contest regarding Mariann Bacharach's ability to pay court costs. Attached with this letter is a form Attorney Rogelio Garcia filled out for Mariann Bacharach to submit to the state of Texas Department of Health and Human Services in 2011 to verify she had no money or assets except for his financial help. Opposing counsel and his witness Attorney Rogelio Garcia have full knowledge of Mariann Bacharach's financial situation and they made representations to the court they knew were untrue.

In Appellee's contest opposing counsel alleges Mariann Bacharach has multiple accounts, money hidden, stocks and other assets yet the main witness who is also a client of Eric Dick who represents Appellee Chris Carmona, in another action against Mariann Bacharach.

Since 2011 when, how and where Mariann Bacharach would be able to acquire this when she spent most of 2011- 2013 applying for disability? On the very day Appellee's witness Rogelio Garcia claimed he was harassed by Mariann Bacharach in a police report he was terrorizing her over paying her electric bill and over giving her money he had promised her to ship items she sold on eBay after promising to give her the money for weeks. He has further tried to humiliate Mariann Bacharach by submitting posts online during the month of February attacking her with user ID's of "Ida ho" which is where Mariann originates from, "I'm broke" and "Food Stamps". Rogelio Garcia is also responsible for estranging Mariann Bacharach from all of her possessions, injuring her in an accident that has taken years to recover from and forever affecting her income.

Appellee Chris Carmona claimed in a petition he filed in Hidalgo County that Mariann Bacharach was a prostitute however in the 14th Court of Appeals he makes no reference to Mariann's possible earnings from said activities.

Thank you,

Mariann Bacharach

**Certificate of Service**

I attest a true copy has been mailed to opposing counsel via efile

Respectfully submitted,

*mariann bacharach*

_____

/s/mariann bacharach/

*Pro se*

Mariann Bacharach
P.O. Box 8217
Houston Texas 77288
[bacharachmariann@gmail.com](mailto:bacharachmariann@gmail.com)
832-352-5926

Chris Carmona
P.O. Box 90014
Houston Texas 77290
832-444-4293

Open  |  ∨    ⬙    🖶    ⬇



**BRAIN & SPINE CENTER**

777 Hospital Way, Suite 201
Pocatello, Idaho 83201
Phone: (208) 239-2260  Fax: (208) 239-3759

11/30/2011

To Whom It May Concern:

Maryann Bacharach underwent a C4-C7 anterior cervical discectomy and fusion using hip allograft and anterior plating on 08/29/2011. Since that time she has been instructed to wear a hard cervical collar. Her activity has been restricted to the following:

1.  10 lb. weight lifting restriction
2.  No bending, twisting or stooping.
3.  No strenuous activity.
4.  No prolonged sitting or standing.

These restrictions will be lifted once an X-ray has confirmed early fusion and that her plating hardware is intact. X-rays were scheduled to occur on November 29th. Due to her recent relocation to Texas, Miss Bacharach was unable to complete these films and attend her follow up appointment. She will need to find medical follow up in Texas to affirm her ability to return to normal activities.

Sincerely,

Debra L. Rodriguez, MSN, CNS

# STATEMENT OF SUPPORT

This is an Official Government Record. False or incomplete information given on this form may result in criminal action being taken under Sections 31.04, 37.04, 37.10, or other portions of the Texas Penal Code.

If someone other than your spouse supports you, he/she must fill out this form:

I, _Rogelio Garcia_ (name of supporter)

have supported _Mariann Bacharach_ (client's name)

for this long (**Example: 4 months**): _2 months_

☐ I do ☑ I do not give him/her room and board.

☑ I do give him/her $ _730.00_ ☐ Weekly ☐ Every two weeks

☐ Twice monthly ☑ Monthly.

My relationship to him/her is _Friend_. I understand that I am not responsible for his/her medical bills unless I have a legal responsibility to support him/her. I receive income from _Private Practice (Law firm)_

Signature: _Rogelio Garcia_ Date: _12/6/11_

Printed Name: _Rogelio Garcia_

Telephone Number: _(713) 926-8800_

283127(07/10) Front